RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-353-1857 (v)
202-307-0054 (f)
Boris.Kukso@usdoj.gov

Of Counsel:
DAYLE ELIESON
US Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS H. CLARK, A PROFESSIONAL CORPORATION; VERMICULUS CORPORATION OF NEVADA; DOUGLAS H. CLARK individually and as trustee of the LUNA PLENA 110325 REVOCABLE LIVING TRUST and of the AMBET REVOCABLE LIVING TRUST; REPUBLIC SERVICES, INC.; CLARK COUNTY TREASURER; and CHIP-N-DALES CUSTOM LANDSCAPING, INC.<br><br>Defendants. | Case No. 2:18-CV-00525-JAD-PAL<br><br>**Order Granting Joint Motion re: Priority**<br><br>ECF NO. 6 |

Stipulation As To Priority Between United States And Clark County And Proposed Order
(Case No. 2:18-cv-00525-JAD-PAL)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

# STIPULATION AS TO PRIORITY BETWEEN UNITED STATES AND CLARK COUNTY AND PROPOSED ORDER

Plaintiff, the United States of America, and defendant Clark County Treasurer ("Clark County") agree as follows:

1. This Stipulation concerns the real property described in paragraph 1 of the United States' Complaint in this case. Dkt. No. 1. The real property is known as the "Subject Property." The Subject Property is located within Clark County.

2. Clark County imposes property taxes upon the assessed value of real property within the County. By operation of Nevada law, Clark County has a lien upon real property in the amount of property taxes that are due but unpaid. NRS 361.450, et seq. Any Clark County lien on the Subject Property shall remain until any and all real property taxes due and owing, along with all penalties and costs, are paid in full.

3. To the extent that property taxes on the Subject Property are due and payable, but have not been paid, pursuant to 26 U.S.C. § 6323(b)(6), those property taxes have priority over the United States' interest in the Subject Property. In the event the Subject Property is sold, the United States agrees that proceeds of sale shall be applied to satisfy any property taxes on the Subject Property due and payable before being applied to satisfy the United States' liens.

4. The parties agree to bear their own costs and fees.

Stipulation As To Priority Between United States And Clark County And Proposed Order
(Case No. 2:18-cv-00525-JAD-PAL)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

5. Clark County received a copy of the United States' Complaint, waives the service of summons, and agrees that this Court has jurisdiction over the res of the Subject Property.

6. Except as stated herein, Clark County consents to judgment as requested in the United States' Complaint.

7. The United States and Clark County jointly request the Court to enter the following proposed order.

Dated: April 4, 2018.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ Boris Kukso
BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-353-1857 (v)
202-307-0054 (f)
Boris.Kukso@usdoj.gov

Of Counsel:
U.S. Attorney
Dayle Elieson
Attorneys for United States

Dated: April 4, 2018.

STEVEN B. WOLFSON
District Attorney
Civil Division
State Bar No. 001565

 /s/ Shannon Wittenberger
Shannon Wittenberger
Deputy District Attorney
State Bar No. 012304
500 South Grand Central Pkwy.
PO Box 552215
Las Vegas, NV 8915502215
702-455-4761 (v)
702-382-5178 (f)
shannon.wittenberger@clarkcountyda.com
* Permission to enter e-signature granted by email dated April 4, 2018.

Stipulation As To Priority Between United States And Clark County And Proposed Order
(Case No. 2:18-cv-00525-JAD-PAL)

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

## Order Approving Stipulation

1. The foregoing Stipulation is approved. If the United States obtains an order permitting it to sell Subject Property in connection with this case, the order shall provide for the payment of any due and owing real property taxes to Clark County before payment is made to satisfy the United States' federal tax lien. Any Clark County lien on the Subject Properties shall remain until any and all real property taxes due and owing, along with all penalties and costs, are paid in full.

2. Subject to the terms of the Stipulation and this Order, Clark County shall be deemed to have consented to entry of judgment against it as requested in the United States' Complaint.

3. The Court construes this stipulation between fewer than all the parties to this action as a joint motion under LR 7-1(c) and GRANTS it.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
April 5, 2018

Submitted by:

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice

Stipulation As To Priority Between United States And Clark County And Proposed Order
(Case No. 2:18-cv-00525-JAD-PAL)

4

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395