RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-353-1857 (v)
202-307-0054 (f)
Boris.Kukso@usdoj.gov

Of Counsel:
DAYLE ELIESON
US Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS H. CLARK, et al.<br><br>Defendants. | Case No. 2:18-CV-00525-JAD-PAL<br><br>**STIPULATION RE: DISCLAIMER OF INTEREST BY REPUBLIC SERVICES, Inc.**<br><br>ECF No. 13 |

Plaintiff the United States of America and defendant REPUBLIC SERVICES, Inc. stipulate and agree as follows:

1. This is a civil action brought by the United States of America to reduce to judgment federal taxes assessed against Defendant DOUGLAS H. CLARK, A PROFESSIONAL CORPORATION ("DHC") and to foreclose federal tax liens against certain real property (the "REAL PROPERTY") located at 2985 S. Tenaya Way, Las

1

Vegas, NV, 89117, Assessors Parcel No. 163-10-304-008 and more particularly described as follows:

PARCEL MAP FILE 10 PAGE 2 LOT 4 & VAC RD
SEC 10 TWP 21 RNG 60

2. REPUBLIC SERVICES is named as defendant pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the REAL PROPERTY. In this lawsuit, the United States does not seek a monetary recovery from REPUBLIC SERVICES.

3. On March 28, 2018, REPUBLIC SERVICES appeared in this action and filed its Answer as ECF No. 3.

4. REPUBLIC SERVICES hereby disclaims any interest in the REAL PROPERTY or in any funds that may be generated from the sale of the REAL PROPERTY.

5. REPUBLIC SERVICES and the United States shall bear their own costs and fees associated with this case.

Dated: August 7, 2018

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ Boris Kukso
BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-353-1857 (v)
202-307-0054 (f)
Boris.Kukso@usdoj.gov

Of Counsel:
U.S. Attorney
DAYLE ELIESON
*Attorneys for United States*

Dated: August 7, 2018

/s/ Drew Starbuck (original on file)
DREW STARBUCK, Esq.,
WILLIAMS & STARBUCK
612 South Tenth St.,
Las Vegas, NV 89101
702-320-7755

*Attorneys for Republic Services, Inc.*

IT IS SO ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 20, 2018