RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-353-1857 (v)
202-307-0054 (f)
Boris.Kukso@usdoj.gov

Of Counsel:
DAYLE ELIESON
US Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DOUGLAS H. CLARK, et al.

Defendants.

2:18-cv-00525-JAD-PAL

**ORDER GRANTING UNITED STATES' MOTION FOR A STAY IN LIGHT OF LAPSE OF APPROPRIATIONS**

ECF Nos. 19, 22, 23, 24, 31

The United States of America hereby moves for a stay the above-captioned case.

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for several other Executive agencies, including the federal Plaintiff herein. The Department does not know when funding will be restored by Congress.

1

2. Absent an appropriation, Department of Justice attorneys and employees of the federal Plaintiff are prohibited from working, even on a voluntary basis, except in limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of this case and all deadlines until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: December 26, 2018.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Boris Kukso*
BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044

202-353-1857 (v)
202-307-0054 (f)
Boris.Kukso@usdoj.gov

Of Counsel:
U.S. Attorney
Dayle Elieson

*Attorneys for United States*

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that the motion to stay [ECF No. 31] is GRANTED; this action is STAYED until the funding for the Department of Justice has been restored. Once it has been restored, any party may file a motion to lift this stay. All pending motions [ECF Nos. 19, 22, 23, 24] are DENIED without prejudice to their refiling once the stay is lifted.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 14, 2019