RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-353-1857 (v)
202-307-0054 (f)
Boris.Kukso@usdoj.gov

Of Counsel:
NICHOLAS A. TRUTANICH
US Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS H. CLARK, et al.<br><br>Defendants. | Case No.: 2:18-cv-525-JAD-PAL<br><br>**ORDER GRANTING JOINT MOTION TO APPROVE STIPULATION WITH DONALD HUMBLE**<br><br>ECF No. 38 |

Plaintiff the United States of America and defendant DONALD HUMBLE, pursuant to Local Rule 7-1, hereby move the Court to approve the following stipulation.

The United States and DONALD HUMBLE stipulate and agree as follows:

1. This is a civil action brought by the United States of America to reduce to judgment federal taxes assessed against Defendant DOUGLAS H. CLARK, A PROFESSIONAL CORPORATION ("DHC") and to foreclose federal tax liens against certain real property

1

(the "REAL PROPERTY") located at 2985 S. Tenaya Way, Las Vegas, NV, 89117, Assessors Parcel No. 163-10-304-008 and more particularly described as follows:

PARCEL MAP FILE 10 PAGE 2 LOT 4 & VAC RD

SEC 10 TWP 21 RNG 60

2. DONALD HUMBLE is named as defendant pursuant to 26 U.S.C. § 7403(b) because he may claim an interest in the REAL PROPERTY. In this lawsuit, the United States does not seek a monetary recovery from DONALD HUMBLE.

3. DONALD HUMBLE has received a copy of the United States' First Amended Complaint in this action and has waived the service of the summons.

4. DONALD HUMBLE claims an interest in the REAL PROPERTY and in any funds that may be generated from the sale of the REAL PROPERTY based on a restitution order against DOUGLAS H. CLARK.

5. DONALD HUMBLE's interest in the REAL PROPERTY is junior in priority to the United States' tax liens asserted against the REAL PROPERTY.

6. In the event that the REAL PROPERTY is sold and there are funds left after the payment of expenses of sale, property taxes, and the United States' tax liens, the parties may seek a separate order concerning the distribution of the remaining funds.

//
//
//
//
//
//

7. Except as stated herein, DONALD HUMBLE consents to judgment as requested in the United States' First Amended Complaint and requests to be excused from further participation in the case.

8. The parties agree to bear their own costs and fees.

9. The parties request the Court to approve this stipulation.

Dated: 4/12/19

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-353-1857 (v)
202-307-0054 (f)
Boris.Kukso@usdoj.gov

Dated: 4/11/19

DONALD HUMBLE
626 Chipman Ct.
Bandera, TX 78003
702-768-8701

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the joint motion to approve the stipulation between the government and Donald Humble [ECF No. 38] is GRANTED. The Stipulation is approved. The parties are directed to file a proposed consent judgment consistent with the terms of their stipulation; that judgment should detail the relief that Humble consents to.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 17, 2019