# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>DOUGLAS H. CLARK, et al.<br><br>　　　Defendants. | Case No. 2:18-CV-00525-JAD-PAL<br><br>**MONEY JUDGMENT** |

　　　Pursuant to the Joint Motion for Entry of Money Judgment filed by Plaintiff the United States of America and Defendant DOUGLAS H. CLARK, JUDGMENT IS HEREBY ENTERED in favor of the United States and against Defendant DOUGLAS H. CLARK, A PROFESSIONAL CORPORATION (DHC PC). DHC PC is liable for unpaid taxes in the amount of $649,005.16, plus statutory interest and other statutory additions as provided by law, pursuant to 26 U.S.C. §§ 6601, 6621, 6622, and 28 U.S.C. § 1961(c), from February 28, 2018, until paid.

Dated: 6/3/2019

_____
JENNIFER A. DORSEY
United States District Judge