UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DOUGLAS H. CLARK, et al.

    Defendants.

Case No. 2:18-CV-00525-JAD-BNW

**CONSENT JUDGMENT**

[ECF No. 64]

Pursuant to the Court's Order approving the stipulation between Plaintiff the United States and Defendant DONALD HUMBLE (ECF No. 41), Plaintiff and DONALD HUMBLE consent to entry of judgment as follows:

1. This is a civil action brought by the United States of America to reduce to judgment federal taxes assessed against Defendant DOUGLAS H. CLARK, A PROFESSIONAL CORPORATION ("DHC PC") and to foreclose federal tax liens against certain real property (the "REAL PROPERTY") located at 2985 S. Tenaya Way, Las Vegas, NV, 89117, Assessor's Parcel No. 163-10-304-008.
2. DONALD HUMBLE was named as defendant pursuant to 26 U.S.C. § 7403(b) because he may claim an interest in the REAL PROPERTY. In this lawsuit, the United States did not seek any monetary recovery from DONAL HUMBLE.
3. DONALD HUMBLE'S interest in the REAL PROPERTY is junior in priority to the United States' tax liens asserted against the REAL PROPERTY.
4. The Court has entered a money judgment against DHC PC and in favor of the United States for $649,005.16, plus statutory accruals. ECF No. 49.

1

5. The REAL PROPERTY has been sold at auction for $480,000.
6. Because the amount of DHC PC's outstanding tax liabilities exceeds the sale proceeds, DONALD HUMBLE shall not receive any distribution from the sale of the REAL PROPERTY.

JUDGMENT IS HEREBY ENTERED.

Dated: 2/24/2020

_____
US District Judge Jennifer A. Dorsey

Judgment Reviewed and Submitted by:

Dated: 1-23-20

Donald Wayne Humble
626 Chipman Ct.
Bandera, TX 78003
702-768-6701

Dated: January 22, 2020

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ Boris Kukso
BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044