UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS H. CLARK, et al.<br><br>Defendants. | 2:18-cv-00525-JAD-BNW<br><br>**Order Granting Motions for Default Judgment against Chip-n-Dale's, Robledo, and Griffiths and Closing Case**<br><br>ECF Nos. 56, 57, 58 |

The Court having heard the United States' Motions for Default Judgment against Chip--n-Dale's Custom Landscaping, Susan Griffiths, and Vanessa Robledo on February 24, 2020; defaults having been properly entered against each of these defendants; and the Court having found that the government has established its right to the default judgments requested, IT IS HEREBY ORDERED that:

The Motions for Default Judgment against Chip-n-Dale's Custom Landscaping, Susan Griffiths, and Vanessa Robledo **[ECF Nos. 56, 57, 58] are GRANTED.**

Default judgment is hereby entered against Chip-n-Dale's Custom Landscaping, Susan Griffiths, and Vanessa Robledo establishing that none has any interest in or claim to the real property located at 2985 S. Tenaya Way, Las Vegas, NV, 89117, Assessor Parcel No. 163-10-304-008, which was sold under the Court's June 3, 2019, Order of Foreclosure

and Judicial Sale [ECF No. 50], or the proceeds of that sale.

The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge  2-24-2020